IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KATIE VANIS, and ALLSTATE INSURANCE COMPANY,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV272 |
| V. | ) ) | |
| **UNITED STATES POSTAL SERVICE, and UNITED STATES OF AMERICA,** | ) ) ) ) | ORDER |
| Defendants. | ) | |

　　　Plaintiffs have moved to dismiss Defendant United States Postal Service from this action. (Filing 15.) The motion will be granted.

　　　Accordingly,

　　　**IT IS ORDERED** that Plaintiffs' Motion to Dismiss Defendant United States Postal Service (filing 15) is granted.

　　　**DATED October 29, 2013.**

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　S/ F.A. Gossett
　　　　　　　　　　　　　　　　**United States Magistrate Judge**